*Messrs. Perry·W. Howard* and *Louis F. Mehlinger* for the United States.

No. —, original. COLORADO *v.* KANSAS. January 3, 1928. The motion for leave to file bill of complaint is granted and process ordered to issue returnable on Monday, February 20, 1928. *Mr. Wm. L. Boatright,* Attorney General of Colorado, for complainant.

PETITIONS FOR CERTIORARI GRANTED, FROM OCTOBER 3, 1927, TO AND INCLUDING JANUARY 3, 1928.

No. 252. MRS. L. E. WILLIAMS, INDIVIDUALLY AND NATURAL TUTRIX, *v.* GREAT SOUTHERN LUMBER COMPANY. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. W. J. Waguespack* for petitioner. *Mr. Generes Dufour* for respondent.

No. 258. COMMERCIAL CREDIT COMPANY *v.* UNITED STATES. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Duane R. Dills* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. Mahlon D. Kiefer* for the United States.

No. 260. CITY OF NEW BRUNSWICK, WILLIAM G. HOWELL, TREASURER OF THE CITY OF NEW BRUNSWICK, ET AL. *v.* UNITED STATES AND UNITED STATES HOUSING CORPORATION. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. John W. Davis* and *Edward L.*

*Patterson* for petitioners. *Solicitor General Mitchell* and *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, for the United States.

---

No. 266. ALASKA PACKERS ASSOCIATION *v.* INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA AND JOHN PETERSON. October 10, 1927. Petition for a writ of certiorari to the Supreme Court of the State of California granted. *Mr. Allen L. Chickering* for petitioner. *Messrs. H. W. Hutton* and *G. C. Faulkner* for respondents.

---

No. 269. AILEEN E. MITCHELL ET AL. *v.* J. W. HAMPEL ET AL., TRUSTEES IN BANKRUPTCY. October 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. T. W. Gregory* for petitioners. *Mr. Lewis R. Bryan* for respondents.

---

No. 283. UNITED STATES *v.* MAGNOLIA PETROLEUM COMPANY ET AL. October 17, 1927. Petition for a writ of certiorari to the Court of Claims granted. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Mr. Alexander H. McCormick* for the United States. *Messrs. George E. Elliott Barry Mohun* and *W. H. Francis* for respondents.

---

No. 285. HOLLAND FURNITURE COMPANY *v.* PERKINS GLUE COMPANY. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Wm. H. Davis, James A. Watson* and *Charles E. Hughes* for petitioner. *Mr. Gorham Crosby* for respondent.